ATTACHMENT A

<table>
<tr><td>AO-10<br>Rev. 1/93</td><td>FINANCIAL DISCLOSURE REPORT</td><td>Report Required by the Ethics<br>Reform Act of 1989. Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112)</td></tr>
</table>

| 1. Person Reporting (Last name, first, middle initial)<br>Vance, Sarah S. | 2. Court or Organization<br>United States District Court<br>Eastern District of Louisiana | 3. Date of Report<br>June 15, 1994 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Nominee to Federal District Court | 5. Report Type (check appropriate type)<br>X Nomination, Date 6/8/94<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1, 1993-<br>June 1, 1994 |
| 7. Chambers or Office Address<br>546 Carondelet Street<br>New Orleans, Louisiana   70130 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

> IMPORTANT NOTES: *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information.** *Sign on last page.*

I. **POSITIONS.** (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

[ ] NONE (No reportable positions)

- President, Director, Employee   Sarah S. Vance, A Professional Law Corporation. This professional corporation is a partner in the law firm Stone, Pigman, Walther, Wittmann & Hutchinson ("SPWWH").
- (Continued)

II. **AGREEMENTS.** (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

[ ] NONE (No reportable agreements)

- January 1, 1990, as amended in 1991, 1992, 1993 and 1994   Under the partnership agreement of SPWWH, I am entitled upon withdrawal to my partnership share (currently 2.63%) of $100,000, plus my pro rata share of net distributable income during the year of withdrawal, plus a "guaranteed payment" of 50% of my average annual distributions for the three preceding (continued)

III. **NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| | | |
| 1994 to date | Sarah S. Vance, A Professional Law Corporation- income from law practice with SPWWH. | $ 69,293.48 |
| 1992 to date(S) | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice | $_____ |
| 1993 | Sarah S. Vance, A Professional Law Corporation- income from law practice with SPWWH | $284,640 |
| 1993 | The 546 Company - income from office building partnership | $ 2,872 |
| 1993 | Carondelet Title Services, INc. (a Subchapter"S" Corp.) - distributions from title insurance agency | $ 481.00 |

[ ] NONE (No reportable non-investment income)

(Continued)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S. | June 15, 1994 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts) | | |
| 1 | EXEMPT | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☐ NONE (No reportable liabilities) | | |
| 1 | SPWWH 401(K) | Loan from profit-sharing plan (J) | K |
| 2 | Profit Sharing Plan - Sarah S. Vance | | |
| 3 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | Loan from profit-sharing plan (J) | K |
| 4 | Profit Sharing Retirement Plan- Robert Patrick Vance | | |
| 5 | First National Bank of Commerce | Contingent liability under guarantee of 150% of 2.63% of SPWWH's loans, which will be | K (Contingent) |
| 6 | | released upon withdrawal from SPWWH (J). | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000  N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S. | June 15, 1994 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy,sell, merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code² (J-P) | (4) Gain: Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | EXEMPT | | | |
| ¹ Sarah S. Vance IRA Merrill Lynch, New Orleans, | | | | | | | | | | |
| ² Louisiana, as follows: (J) | | | | | | | | | | |
| ³ a) 948.7148 Merrill Lynch Gov't. Mortgage Fund Class | A | Div./ Int. | J | T | | | | | | |
| ⁴ B | | | | | | | | | | |
| ⁵ b) 1212.9800 Merrill Lynch Retirement Reserves | A | Div./ Int. | J | T | | | | | | |
| ⁶ c) 270 U.S. Treasury Strips Zero | None | None | J | T | | | | | | |
| ⁷ 2. Sarah S. Vance IRA Rollover, Merrill Lynch - | | | | | | | | | | |
| ⁸ New Orleans, Louisiana, as follows: (J) | | | | | | | | | | |
| ⁹ a) 400.0000FEMSA B CP | A | Div./ Int. | J | T | | | | | | |
| ¹⁰ b) 1626.7060 Merrill Lynch Federal Securities Trust | A | Div./ Int. | K | T | | | | | | |
| ¹¹ Class B | | | | | | | | | | |
| ¹² c) 538.6370 Merrill Lynch Senior Floating Rate Fund | A | Div./ Int. | J | T | | | | | | |
| ¹³ d) 1100.0000 U.S. Treasury Strips Zero | None | None | K | T | | | | | | |
| ¹⁴ e) Sarah Lee Common | None | None | J | T | | | | | | |
| ¹⁵ (Continued) | | | | | | | | | | |
| ¹⁶ | | | | | | | | | | |
| ¹⁷ | | | | | | | | | | |
| ¹⁸ | | | | | | | | | | |
| ¹⁹ | | | | | | | | | | |
| ²⁰ | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISC SURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S. | June 15, 1994 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _6/15/94_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:   Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google